NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT A. DUBSKY,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5123

---

Appeal from the United States Court of Federal Claims in case no. 05-CV-397, Judge Thomas C. Wheeler.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the United States' unopposed motion to file a supplemental appendix,

IT IS ORDERED THAT:

The motion is granted. Copies of the supplemental appendix shall be transmitted to the merits panel along with the joint appendix.

ROBERT DUBSKY v. US                                                2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk


s25